IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REALTIME DATA LLC d/b/a IXO, <br><br> Plaintiff, <br><br> v. <br><br> RUBRIK, INC., <br><br> Defendant. | C.A. No. 1:18-CV-01198-CFC |

## NOTICE OF DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Realtime Data LLC hereby dismisses the Complaint against Defendant Rubrik, Inc. with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

November 27, 2018
OF COUNSEL:

Marc A. Fenster
Brian D. Ledahl
Reza Mirzaie
C. Jay Chung
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
(310) 826-7474
Los Angeles, CA 90025-1031
mfenster@raklaw.com
bledahl@raklaw.com
rmirzaie@raklaw.com
jchung@raklaw.com

BAYARD, P.A.

 /s/ Stephen B. Brauerman
Stephen B. Brauerman (No. 4952)
Sara E. Bussiere (No. 5725)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

Attorneys for Plaintiff Realtime Data LLC